985 So.2d 1143 (2008)
Yali GOLAN, Appellant,
v.
Marc PULEO, Appellee.
No. 3D07-1899.
District Court of Appeal of Florida, Third District.
June 11, 2008.
Rehearing Denied July 24, 2008.
Robert E. Goldman, Naples, for appellant.
Zuckerman Spaeder, LLP, and Thomas Meeks, Miami, for appellee.
Before GREEN, SUAREZ, and CORTIÑAS, JJ.
PER CURIAM.
Affirmed. Mills v. Elec. Auto-Lite Co., 396 U.S. 375, 387, 90 S.Ct. 616, 24 L.Ed.2d 593 (1970); Regional Props., Inc. v. Fin. & *1144 Real Estate Consult. Co., 678 F.2d 552, 561 (5th Cir.1982).